

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
JAN - 4 2005
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

SCANNED

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

In re:

THE ROMAN CATHOLIC CHURCH OF DIOCESE OF TUCSON aka THE DIOCESE OF TUCSON, an Arizona corporation sole,

Debtor.

JOHN MM. DOE, an individual,

Plaintiff,

v.

DOE 1; DOE 2; DOE 3; DOE 4; DOE 5; and DOES 6 through 100, inclusive,

Defendants.

NO. CV04-10344 SJO (JTLx)

**ORDER TO SHOW CAUSE RE: Removal, Related Cases and Transfer**

DOCKETED ON CM
JAN - 5 2005
BY ___ 004

"The notice of removal of a civil action or proceeding shall be filed within thirty days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." 28 U.S.C. § 1446(b). In the instant case, the Notice of Removal does not set forth facts indicating the



timeliness of removal. The Removing Party is hereby ORDERED TO SHOW CAUSE, no later than January 11, 2005, as to why the case should not be REMANDED for lack of timeliness.

The Removing Party failed to file a Notice of Related Cases and failed to adequately identify the nature of the related bankruptcy action. The Removing Party is hereby ORDERED to file a Notice of Related Cases no later than January 11, 2005.

Whereas the Notice of Removal indicates there is a related proceeding now pending before the United States Bankruptcy Court for the District of Arizona, Tucson Division, the Removing Party is hereby ORDERED TO SHOW CAUSE, no later than January 11, 2005, as to why the instant action should not be transferred to the United States District Court, or the United States Bankruptcy Court for the District of Arizona, Tucson Division.

IT IS SO ORDERED.

Dated this ____ day of January, 2005.

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE